```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JANE DOE,                                                              :
                                                                       :
                               Plaintiff,                              :     15-CV-7726 (JMF)
                                                                       :
               -v-                                                     :     ORDER
                                                                       :
STEVEN KOGUT,                                                          :
                                                                       :
                               Defendant.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      Upon review of her motion papers, Plaintiff's motion to proceed anonymously (Docket No. 6) is GRANTED, without prejudice to Defendant moving for reconsideration upon entering a notice of appearance in the case. As many courts have held, alleged victims of rape and sexual assault have a strong interest in proceeding anonymously. *See Doe No. 2 v. Kolko*, 242 F.R.D. 193, 196 (E.D.N.Y. 2006) (citing cases); *Doe v. Evans*, 202 F.R.D. 173, 175-76 (E.D. Pa. 2001); *see also Doe v. Blue Cross*, 112 F.3d 869, 872 (7th Cir. 1997) (Posner, CJ.) ("[F]ictitious names are allowed when necessary to protect the privacy of children, rape victims, and other particularly vulnerable parties or witnesses."). Further, while the public has a generalized interest in knowing who is seeking relief in its courts, the public has a stronger — and more particularized — interest in protecting the identities of alleged victims of sexual assault to encourage victims to come forward and report such crimes. *See Kolko*, 241 F.R.D. at 195-96. Accordingly, Plaintiff's motion is GRANTED, though Defendant may move for reconsideration upon entering a notice of appearance in the event he believes that the balance of relevant factors calls for a different result. The Clerk of Court is directed to terminate Docket No. 6.

      SO ORDERED.

Dated: October 19, 2015
      New York, New York

                                                       JESSE M. FURMAN
                                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/20/2015