```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JANE DOE,                                                              :
                                                                       :
                                Plaintiff,                             :    15-CV-7726 (JMF)
                                                                       :
                -v-                                                    :        ORDER
                                                                       :
STEVEN KOGUT,                                                          :
                                                                       :
                                Defendant.                             :
                                                                       :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/16/2016

JESSE M. FURMAN, United States District Judge:

For the reasons stated on the record at the conference held earlier today, defense counsel's motion to withdraw is GRANTED. As discussed, Defendant has until **September 15, 2016**, to obtain new counsel. If a notice of appearance is not filed by that date, Defendant will be deemed as proceeding *pro se*.

In light of the foregoing, the deadline for the parties to file their Joint Pretrial Order and related materials is extended to **October 15, 2016**. By that date, the parties shall also file letters — not to exceed five pages in length — addressing whether the Plaintiff should be allowed to proceed under a pseudonym at trial and, if so, how such proceedings would be conducted.

Finally, no later than **noon tomorrow**, defense counsel shall email the Court a redacted version of Exhibit A (Docket No. 42). By that same time, defense counsel shall serve a copy of this Order on Defendant and file proof of such service on the docket.

The Clerk of Court is directed to terminate Docket No. 41.

SO ORDERED.

Dated: August 16, 2016
       New York, New York

_____
JESSE M. FURMAN
United States District Judge