UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 

JANE DOE,

      Plaintiff,      15-CV-7726 (JMF)

   -v-           ORDER

STEVEN KOGUT,

      Defendant.

------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2016

JESSE M. FURMAN, United States District Judge:

  As stated on the record at yesterday's conference, the outstanding depositions of Defendant's daughters shall be conducted on **October 11, 2016** and **October 13, 2016**. Discovery is otherwise complete.  The parties are reminded that the deadline to file their Joint Pretrial Order and related materials, including any motions *in limine*, is **October 17, 2016**.  (As discussed, however, the parties should confer in advance of filing any such motions in an effort to narrow or resolve any disputes.)  By that date, the parties shall also file a joint letter indicating their views on whether the Court can do anything to facilitate settlement, including conducting a settlement conference itself or (re)referring the case to the assigned Magistrate Judge.  Finally, per the Court's Order of August 16, 2016 (Docket No. 47), by **October 17, 2016**, the parties shall also file letters — not to exceed five pages in length — addressing whether the Plaintiff should be allowed to proceed under a pseudonym at trial and, if so, how such proceedings shall be conducted.  As noted at the conference, upon receipt of the Joint Pretrial Order the Court will issue an Order scheduling a final pretrial conference and trial, but the parties should anticipate that trial will be held either the week of November 7, 2016, or November 14, 2016.

  SO ORDERED.

Dated: September 15, 2016
   New York, New York

                   _____
                   JESSE M. FURMAN
                   United States District Judge