DAVID HOROWITZ, P.C.
COUNSELOR AT LAW
171 MADISON AVENUE, SUITE 1300
NEW YORK, NEW YORK 10016
T#: 212-684-3630
F#: 212-685-8617

October 7, 2016

Honorable Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>Jane Doe v. Steven Kogut</u>
Docket Number: 15-CV-7726 (JMF)

Dear Judge Furman:

     As you know, my firm represents the Defendant in the above reference matter. In accordance with your order dated October 6, 2016, please be advised that counsel for the respective parties have conferred and resolved all the issues relating to the case. Defendant has served via email and Federal Express Plaintiff's deposition transcript. Defendant shall serve a new HIPPA authorization for Defendant's current primary care physician, Dr. Daryl Isaacs no later than Monday, October 10, 2016, as Defendant's former primary care physician, Dr. Peter Orlic, is no longer in private practice. Counsel will continue to cooperate in locating any records maintained by Dr. Orlic regarding his treatment of the Defendant. Defendant's expert examination of Plaintiff will take on place October 21, 2016, at 10:00 am at the Law Offices of the Derek Smith Law Group; the examination to be conducted within three hours.

Respectfully submitted,

DAVID HOROWITZ, P.C.
Attorneys for the Plaintiff
By: <u>/s/ Christopher S. Joslin (3246)</u>
    171 Madison Avenue, Suite 1300
    New York, New York 10016
    Tel: (212) 637-2677
    Fax: (212) 685-8617

CJ:em