```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JANE DOE,                                                         :
                                                                  :
                            Plaintiff,                            :      15-CV-7726 (JMF)
                                                                  :
            -v-                                                   :      ORDER
                                                                  :
STEVEN KOGUT,                                                     :
                                                                  :
                            Defendant.                            :
                                                                  :
------------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/26/2016
```

JESSE M. FURMAN, United States District Judge:

    For the reasons given on the record at today's conference, Plaintiff's Motion to Substitute Counsel is GRANTED. The Clerk of Court is directed to substitute Mr. Paul J. Campson as the attorney on record for Plaintiff. The Derek Smith Law Group is relieved of its representation.

    The Clerk of Court is directed to terminate Docket No. 89.

    SO ORDERED.

Dated: October 26, 2016
       New York, New York

_____
JESSE M. FURMAN
United States District Judge