# Campson & Campson
## Attorneys At Law

Paul J. Campson
Dawn R. Campson

November 2, 2016

HON. SARAH NETBURN
UNITED STATES MAGISTRATE JUDGE
Thurgood Marshall Courthouse
4 Foley Square, Room 430
New York, NY 10007

    RE:    JANE DOE V. STEVEN KOGUT
              15-cv-07726-JFM

Dear Magistrate Netburn:

    I represent Jane Doe in the above captioned matter. I have just received an e-mail from my client which states she no longer wants me to represent her in this matter. I would be happy to discuss this matter in detail in an ex parte manner as to not prejudice her lawsuit and rights.

    Kindly advise as to how you would like to proceed in this matter.

Very truly yours,

Paul J. Campson

CC:
Christopher Joslin, Esq.
Attorney for Defendant
Steven Kogut

25 West 43rd Street • Suite 711 • New York, NY 10036
Tel: (212) 302-1180 • Fax: (212) 354-3737 • campsonlaw@gmail.com