# EXHIBIT "B"

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X *SEALED TRANSCRIPT*
                                          :
JANE DOE,                                 : 15-CV-7726 (SN)
                                          :
                Plaintiff,                :
        v.                                :
                                          : 500 Pearl Street
STEVEN KOGUT,                             : New York, New York
                                          :
                Defendants.               : October 26, 2016
------------------------------------------X


        TRANSCRIPT OF CIVIL CAUSE FOR SETTLEMENT AGREEMENT
              BEFORE THE HONORABLE SARAH NETBURN
                 UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Plaintiff:        PAUL J. CAMPSON, ESQ.
                          Miller & Campson
                          377 Broadway, 8th Floor
                          New York, New York 10013


For the Defendant:        CHRISTOPHER SCOTT JOSLIN, ESQ.
                          David Horowitz, P.C.
                          171 Madison Avenue, Suite 1300
                          New York, New York 10016




Court Transcriber:        SHARI RIEMER, CET-805
                          TypeWrite Word Processing Service
                          211 N. Milton Road
                          Saratoga Springs, New York 12866





Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

7

1  ████████████████████████████████
   ████████    ████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ██████████    ████████████████
   ████   ██████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ██████████████   ████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████████████████████
   ████████████████████████████████
   ████████████████████████████████
   ████████████
   ████  ██████  ████  ████████
        THE COURT:  Okay.  As I mentioned when we first
23 began, the parties are consenting to my jurisdiction for all
24 purposes.  I understand that the settlement agreement will
25 provide that I retain jurisdiction over this case.  Once the

8

1  case has been reassigned to me I will promptly dismiss both
2  cases with prejudice but with leave to reopen within 30 days.
3  If there's a need for me to get involved you should send a
4  letter to me and I will get involved as quickly as my schedule
5  permits.
6       To the extent you don't need me to get involved
7  because you've drafted the settlement agreement which
8  hopefully will be done in the next two weeks and the parties
9  have executed it, that settlement agreement does not need to
10 be filed with the Court.  Of course if, and I certainly hope
11 for both side's sake this doesn't come to pass, but if there
12 is an allegation of breach of the settlement agreement that
13 settlement agreement would then have to be filed in court for
14 an appropriate application from the Court.
15      I believe that those are the material terms of the
16 settlement agreement.  Let me ask Mr. Campson.  Is there any
17 material term that I'm omitting?
18      MR. CAMPSON:  No, Your Honor.  Thank you.
19      THE COURT:  Mr. Joslin, is there any material term
20 that I'm omitting?
21 ███ ███ █ ███████ █ ██████████████
   █████████████████████████████████████████████████
   █████████████████████████████████████████████████
   █████ ██████████████ ████████████████
   █████████████████████████████████████████████████