# Verner Simon

Five Greentree Centre
525 Route 73 North, Suite 104
Marlton, NJ 08053
(856) 817- 6315 / (856) 817- 6017 fax

30 Wall Street, 8th Floor
New York, New York 10005
(212) 502 5500 / (212) 502 5400 fax

Please reply to:  New York

pwverner@vernerlaw.com

April 30, 2019

**VIA ECF**
Hon. Sarah Netburn
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Doe v. Kogut*
15-cv-7726 (JMF)(SN)

Dear Judge Netburn:

I am compelled to write once again regarding the conference now scheduled for May 3, 2019.

First, I inform the Court that all of your interim orders and directives issued since I first raised the issue of a conference on March 26, 2019 (Dckt. # 131) have been delivered to the plaintiff, Jane Doe, and defendant, Mr. Kogut, per your instructions.

Second, I am compelled to inform the Court that I no longer represent the plaintiff and have tendered my termination of services based upon:  (1) the fact that the scope of my engagement does not include settlement enforcement actions following the closing of this case on April 6, 2017;  (2) that I have irreconcilable differences of opinion with plaintiff regarding the nature of the available remedies in this Court given the Court's recent orders; and (3) that I have informed plaintiff that she is best served by engaging new counsel if indeed she feels counsel is needed for future process here in this closed matter.

Finally, in light of the above, I am not in a position to either advise or opine to plaintiff concerning her desires and goals in this matter.  I am of the opinion that the Court's recent orders are clear and that the only issue appears to be the payment by defendant Kogut of the settlement sum of $10,000 to plaintiff.

I respectfully submit that the Court's further instructions to the parties as to steps they might take to conclude that payment or to raise any other issue they believe is ripe in this matter can likewise be delivered by memorandum or minute Order which I would be happy to serve to both sides when I receive same.

To the extent that I do no longer represent the plaintiff, I ask to be relieved from appearing on May 3, 2019.  I reside in San Antonio, Texas currently and have no other work which requires

# VERNER SIMON

Hon. Sarah Netburn
United States District Court
Southern District of New York
April 30, 2019
Page 2

that I travel into New York this week.  If I am directed to address the Court on any issue, I ask leave to appear by telephone.  To the extent that plaintiff is required to be addressed by the Court, and has already been granted leave to appear by telephone, I would arrange the appropriate conference line for all concerned.

Thank you for your consideration of the issues presented.

                                            Very truly yours,
                                            VERNER SIMON

                                            Paul Verner

cc: Steven Kogut (By Email and Mail)