UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JANE DOE,

                    Plaintiff,

           -against-

STEVEN KOGUT,

                    Defendant.

----------------------------------------------------------------X

15-CV-07726 (SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/2019

**SARAH NETBURN, United States Magistrate Judge**:

       On May 3, 2019 the Court ordered Plaintiff to file her motion for entry of a judgment no later than Monday, May 6, 2019. ECF No. 140. The Court also gave Defendant until Friday, June 7, 2019, to file his opposition, and gave Plaintiff until Friday, June 21, 2019, to file her reply. Plaintiff accordingly filed her letter motion on May 6, 2019, see ECF No. 142, and Defendant filed his reply on June 7, 2019, see ECF No. 144.[1] Since then, the Court has received calls and emails from Plaintiff, who is still represented by an attorney in this case,[2] asking about the status of the case and for an extension of time to file a reply. Accordingly, it is hereby ORDERED:

       1.      Because Plaintiff is still represented by counsel, Plaintiff is hereby ORDERED to cease *ex parte*, direct communications with the Court.

---

[1] Defendant's opposition was received by the pro se office on June 7, 2019, and was posted to ECF on June 10, 2019. See ECF No. 144.

[2] On May 6, 2019, Plaintiff's attorney indicated that he wished to move to withdraw from the case. See ECF No. 142. The Court accordingly ordered Plaintiff's attorney to file a motion to withdraw *ex parte* no later than May 15, 2019. See ECF No. 143. To date, the Court has received nothing from Plaintiff's attorney.

2.      Should counsel continue to represent Plaintiff, then Plaintiff may not communicate with the Court. All communications should be through counsel. If counsel intends to move to withdraw, and Plaintiff will proceed *pro se*, counsel must make the appropriate application.

3.      Regardless of whether she proceeds *pro se* or with representation, Plaintiff shall have three additional weeks to file her reply. Her reply must be filed no later than July 8, 2019.

4.      Plaintiff's attorney is ORDERED to serve a copy of this order on Plaintiff immediately.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:          June 20, 2019
                New York, New York

cc:             Steven Kogut
                43 Branch Rd
                Far Hills, NJ 07931

                Steven Kogut
                11 Vestry Street
                New York, NY 10013