UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANE DOE,

                            **Plaintiff,**

      -against-

STEVEN KOGUT,

                            **Defendant.**

-----------------------------------------------------------------X

15-CV-07726 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      In light of the passage of time since Plaintiff filed a motion for entry of judgment, ECF No. 142, the parties are ordered to file letters by August 19, 2020, updating the Court on the relief they are seeking at this time. The letters are not to exceed two pages. To the extent Defendant still opposes Plaintiff's motion on the grounds set forth in his June 7, 2019 opposition, ECF No. 144, he shall indicate whether he can produce evidence, beyond the fact of the trial, that Plaintiff breached the settlement agreement by failing to withdraw/dismiss her complaint in Family Court. The Clerk of Court is directed to mail a copy of this order to Defendant.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     August 13, 2020 New York, New York