UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANE DOE,

                                     **Plaintiff,**                              15-CV-07726 (SN)

             -against-                                        **ORDER**

STEVEN KOGUT,

                                     **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The Court's August 13, 2020 order, ECF No. 149, directed both parties to file letters by August 19, 2020, updating the Court on the relief they are seeking at this time. To the extent Defendant still opposes Plaintiff's motion on the grounds set forth in his June 7, 2019 opposition, he was ordered to indicate whether he can produce evidence, beyond the fact of the trial, that Plaintiff breached the settlement agreement by failing to withdraw/dismiss her complaint in Family Court. Defendant has not filed a letter. By September 1, 2020, Defendant shall file a letter on the docket as directed by the August 13, 2020 order.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 27, 2020 New
                 York, New York