UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JANE DOE,

                           Plaintiff,                       15-CV-07726 (SN)

        -against-                                 **ORDER**

STEVEN KOGUT,

                           Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

        The Court received an unsigned and undated letter requesting that the Court place a document under seal in a closed case. To the extent this request is submitted by the Plaintiff, that party is represented by counsel in this case and any court filings should be made by the lawyer. To the extent it is submitted by the Plaintiff, and she is no longer represented, any submission must be signed "by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a).

        If the application is resubmitted, the Court will consider the requested relief, including limited redactions. On the record before the Court, the Court does not see a basis to seal the entire document or any renewed letter application requesting such relief. To protect the privacy interests, however, the party may request the relief in a sealed application, but the Court is likely to unseal the application once a decision is made on the application. To the extent the Court grants any relief, the Court will execute that relief before unsealing any letter application, to protect the party's interests.

**SO ORDERED.**

DATED:    August 12, 2021
                New York, New York

SARAH NETBURN
United States Magistrate Judge