UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JANE DOE,

                          **Plaintiff,**                    15-CV-07726 (SN)

       -against-                               **ORDER**

STEVEN KOGUT,

                          **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    The Court has received a resubmitted application requesting that the Court place a document under seal in a closed case. The party's request has been filed under seal.

    The application is GRANTED. ECF No. 119-1 ("Exhibit A to Doe Declaration") shall be placed under seal.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    January 25, 2022
                   New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2022