UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JANE DOE,

                      **Plaintiff,**                             **15-CV-07726 (SN)**

      -against-                                         **ORDER**

STEVEN KOGUT,

                      **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      The Court has received numerous ex parte communications from Plaintiff, who remains represented by counsel. Counsel for Plaintiff and Defendant are ORDERED to meet and confer expeditiously and address the issues raised by Plaintiff's April 13 and April 22, 2022 ex parte communications. Counsel for the parties shall file a status letter by May 20, 2022, informing the Court of the status of Defendant's payment of the settlement sum.

**SO ORDERED.**

                                                                 _____
                                                                 SARAH NETBURN
                                                                 United States Magistrate Judge

DATED:      May 16, 2022
                 New York, New York