Confidential and Sealed, if Possible

May 18, 2022

The Honorable Sarah Netburn

U.S. District Court SDNY

40 Centre Street

New York, NY 10007

Case 15 CV 7726 (SN)

Judge Netburn:

I am the plaintiff, Jane Doe, still seeking justice in a personal, violent, disgusting case of domestic violence/rape done by a man whose role models are Roy Cohn and Donald Trump.

1. To answer your Honor's request for clarification, no, the Defendant still has not paid.
2. I request Defendant be fined $10,000 a day since the day of settlement.
3. I request Legal Fees and Collection Fees and Travel Costs and Research Costs for 8 years of chasing a multi-millionaire deadbeat Defendant to even pay a penny for his civil offenses in the areas of Domestic Violence, Rape, and Abuse.
4. I officially request a 1-page written judgment for 15 CV 7726 (SN) and if possible, a Florida judge to somehow help enforce it, and/or the US Marshal in Florida. It is almost impossible to collect, even worse that I now am told by FL Marshal that it may now need be approved by a Florida judge and that I definitely need a 1-page document to a FL Marshal.

   *Regarding Request 3. Fees.* I request legal fees, collection fees, research fees, transit fees and all fees associated with these cases and obtaining the judgment in question.  I don't know how to write this as motion and my lawyer took at least $70,000 from me, but is nowhere to be found.  A precedent was set that former Pres. Donald Trump was able to win $600,000 approximately in Appellate Court to reimburse him for legal fees against Stormy for a "false defamation suit," then I request legal fees for the same. I received a false defamation suit from a guilty Defendant who bullied out of my own valid lawsuits, prevented me from filing for things like the return of my furniture, jewelry, and valuables.  His false defamation suit consisted of defamation of me, including things that are impossible and make no sense.  That suit was filed unethically, and time had run out to file counter suits, and his lawyer stated in court that there were no valid counter suits but that the Defendant insisted on inventing some grounds, no matter how false, "The only defense is a strong offense," or in other words, if there is no valid ground to sue the Plaintiff and to enact revenge, then lie and make up some grounds to sue the female Plaintiff and enact the violent ex's revenge.

   The Defendant's groundless frivolous suit was designed only to instill fear, incur legal fees, inflict duress, harass, intimidate, and as Defendant's first lawyer told the court in his plea to exit representing the Defendant, the Defendant had no valid counter suit. His own

lawyer confirming there was no valid counter suit said it all.  Of course, then he decided not to pay that lawyer and replaced him with a lawyer who was more obedient.

This fact is dangerous to the Court: Mr. Horowitz's law firm stated on the record in court that the Defendant insisted on inventing grounds, since, "The only defense is a strong offense."  That is a recipe for disaster, for wasting the Court's time, for making credible cases have less credibility, due to all the people like this Defendant who invent fake cases just to intimidate and punish those who dare tell the truth.

I ask for the Court's compassion to take these first step to protect a woman's right to not be tortured repeatedly, emotionally, physically, reputation-wise, and financially, over the course of 8 years of waiting to collect her judgement/the settlement amount due to her, 8 years after the Defendant beat her up and made her black and blue.

The entire reason the #MeToo movement was started was to help cases like Case 15 CV 7726 (SN) Doe Vs. [Defendant; see above].

Yet the Defendant got away with it all as if the #MeToo movement never existed, and like this was Saudi Arabia where a male witness must confirm it occurred in order for a woman to be believed/treated with compassion after a woman is raped or beaten.

*Regarding Request 2. Fine of $10,000 based on precedent.*  The current precedent is Attorney General Latisha James fining Donald Trump $10,000 a day for him failing to reveal requested documents.

Is there enough grounds to fine the Defendant, as there was enough grounds to fine Trump a daily fine of $10,000?  I will list the offenses.

1. He ignored Your Honor's orders to issue payment.
2. He refused to show up for the 1st deposition
3. He won't reveal his subpoenaed medical files.
4. He refused to let witnesses attend depositions at least 3 times.
5. He violated the Jane Doe order repeatedly
6. He violated the "no-counter-suing order after a certain deadline."
7. He violated the respectful counter-suit process, filing it in a new court, as if he thought Judge Furman were stupid, when Judge Furman and your Honor are brilliant and not going to tolerate bullying of the rape victim in your case being done publicly in new courts.
8. He refused to show up for the Restraining Order court many times, because he knows how to manipulate the Court.
9. So far, me telling the truth is no match for him manipulating the court, and that fact makes me truly sad to be an American ad to have to report back to women's groups that this is reality in the NY Southern District Court.  He violated the Jane Doe order again on Court filings, used my real name instead of Jane Doe, and publicly published it on the Court website.

10. He bullied me by planting a 2nd or 3rd article in *The New York Post* that said Jane Doe's real name must be exposed by the next day. 10. He emailed me that if I don't drop all charges, he will expose my name in *The New York Post* and smear me there with lies.

11. He carried through on that threat and intimidation when I did not drop charges.

I could go on, but I am certain you get the point that I have been bullied, violated, intimidated and mistreated by Defendant.

I believe the Defendant has mistreated this Court as well.

In summary, I request a $10,000 a day fine, legal fees, and collection fees, from a Defendant who has damaged and re-victimized the Plaintiff both physically, mentally, emotionally and financially and left me vulnerable enough to then be preyed on. A rape victim can easily get in the cycle of abuse and find one abuser after another.

Getting justice in this case, even 8 years later, is a much-needed start.

Since the Defendant helped ruin what should have been 8 good years of my youth, the Defendant can sleep well at night, knowing he already accomplished his goals, thus he has effectively won. If the Court somehow feels sorry for him in any way, the Court can rest assured that the Defendant knows he has won in this way, and that he has derived sick pleasure from the "sport" of abusing a young woman repeatedly over the years in his manipulation of the Court process.

I ask the Court to consider simply imposing new financial fines for his pattern of continuing to inflict both emotional and physical damage, and/or for his pattern of disrespect to this Court?

One or two $10,000 fines means nothing to him and he has plenty of money to pay 8 years of daily fines. New fines and penalties is the only way left to send a message that the Court does not leave #MeToo victims to suffer more, or to be left vulnerable and bleeding so that the young woman only attracts new predators, if you know what I mean, respectfully.

Thank you for your compassion in these sensitive matters of a woman's life after abuse and domestic violence. I assume, much like a doctor, you are just used to seeing too many battered women, but for me, this case is everything, and this resolution has the power to impact the rest of my life.

Respectfully,

/s/ Jane Doe