UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JANE DOE,

                              Plaintiff,

          -against-

STEVEN KOGUT,

                              Defendant.

------------------------------------------------------------X

15-CV-7726 (SN)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/2022

**SARAH NETBURN, United States Magistrate Judge:**

      WHEREAS on October 9, 2020, the Court granted Plaintiff's motion to enforce the settlement agreement and ordered Defendant to pay the agreed-to $10,000 settlement sum; and

      WHEREAS Plaintiff has represented that she has not received payment and Defendant's attorney of record has represented that Defendant refuses to pay;

      IT IS HEREBY ORDERED that Judgment shall be entered in favor of ▮▮▮▮▮▮▮▮ (a/k/a Jane Doe) and against Steven Kogut in the amount of $10,000 plus interest pursuant to 28 U.S.C. § 1961 calculated from October 23, 2020 (14 days from the Court's order enforcing the settlement) until the date of payment.

**SO ORDERED.**

DATED:     May 25, 2022
               New York, New York

cc:        Jane Doe (*by Chambers*)