Hon. Sarah Netburn

40 Foley Square

New York, NY 10007

**Case 1:16-cv-07816-SN**

May 30, 2022

Your Honor,

The good cause and extenuating circumstance is the fact that Rudy Giuliani is taking your case and abusing it, weaponizing it, to use it against me.  Why are they using this case as ammunition against me?  To prevent me from being a federal whistleblower against him.  I am under the impression the court is fully aware of my time-sensitive safety concerns and would quickly move to seal for my safety, and issue a fine to my former attorney, $10,000 a day, for violating judicial orders to keep the assault victim's name sealed as Jane Doe.  Instead he exposed my real name on Twitter.  I request the help of the Court so I may be a whistleblower on injustice in bigger cases against bigger people. No good can come from leaving this closed case on the Internet for more intimidation. The current threat to inflict more damage continues.  I am sick of being threatened about this case, and **I doubt the court needs to enable my blackmailer**.

In fact, I officially request 1. **Rudy Giuliani be fined punitive damages for his disrespect of your judicial order to keep my name sealed**.  2. If you'd like to be fair, it makes sense to seal the related cases, meaning seal all 3 cases:

**1:15-CV-07726-SN**

**17-1479 Appellate Court**

**1:16-cv- 07816-SN** I ask that the Court will choose to issue punitive damages to my lawyer Rudy Giuliani for unacceptable acts and respect my safety to seal an old case that does not need to be published online (see attached) for all to gape at when Giuliani inevitably links the world to it.  Its only purpose is to help Rudy Giuliani & Associates.  (I request redaction on the 3rd party names RUDY GIULIANI.  If you want to send a copy of this to his address, please ask me for his address.)

Respectfully,

/s/ *Noelle Dunphy* Jane Doe