May 30, 2022 **Confidential PDF**
Honorable Sarah Netburn
US District Court SDNY
40 Foley Square
New York NY 10007
RE: 1:16-cv-07816-SN and 15 CV 7726 (SN) Jane Doe Rape and Domestic Violence Case

Your Honor:

Since I am in a Quiet Period about Rudy Giuliani, I ask that this stay under your consideration but stay **sealed**.

The part of the letter that needs to be sent to you for time sensitive reasons re: seal request is that I am being bullied on the Internet currently. Shown below. You can see it for yourself on Twitter if you check:

1. **@MRJONES09492156** which also says @RudyGiuliani (his official, verified account) and features photos of Rudy Giuliani/his promotions.
2. Click "Tweets & REPLIES" (since BULLYING and exposure of sealed names are REPLIES under my mom's and my tweets)
3. Scroll down to April 8, 2022 and March 16, 2022 under "Tweets & REPLIES" under the account **@MRJONES09492156**
4. You will see Giuliani posted my real name and links to this case on my mother's Twitter: @RoseDunphy and mine: @NoelleDunphyNY and @GreatInterviews. You have to click on Comments.

This letter is twofold. The purpose is to document for you the evidence above. This letter is also to open the door for you to consider my officially request: a fine of $10,000/day, punitive damages, and/or a lump sum automatic damages for the lawyer who violated the Jane Doe order by exposing my protected name on the Internet in March and April 2022. I ask for the same fine imposed on Donald Trump by AG Latisha James for his failure to provide documents. I ask for this to be inflicted against the lawyer who exposed a rape victim's real name on the Internet. He violated your judicial order. He violated Judge Furman's court order.

He betrayed his own law client. He did this to punish/blackmail his law client, me, by using information he gained by being my lawyer. He exposed that Jane Doe's real name is [first and last name], and that her mother is [first and last name], using our protected name(s).

The lawyer is Rudy Giuliani, currently disbarred for unethical behavior such as inciting violence and/or lying and/or suggesting President Biden, Democrats and Republicans should be carried out as traitors if they don't blindly follow Trump. I realize ongoing investigations against Trump and Giuliani are far more important than the case about me being assaulted by Defendant here. Yet the cases are now intertwined.

Mr. Giuliani was my secret legal advisor for years and directed the lawyer of record. I can submit a retainer and emails and tapes to prove this, if needed.

I am not only Mr. Giuliani's law client who he preyed on in a gross conflict of interest with a vulnerable female out of a domestic violence situation, 35 years younger than him. "I worry about you. You're so easy to manipulate," he said to me on tape in New York, and in retrospect, he has preyed on me for years.

Mr. Giuliani continues to abuse his analysis of this case. Note: He is able to continue to legally analyze any parts of this case and related cases that are not sealed.

I ask the Court to take this opportunity to do the right thing with punitive damages or the highest fine that applies to Mr. Giuliani.

To hold him accountable for violating judicial orders and Cyber-bulling, publishing a name sealed in this case.

Did he do it?  Any observer can see that he did, or the same thing as him doing it is the team that he controls did.  Even if he let his intern or staff do it, the Twitter account is linked to him, and he has the power to either post lies, or to tell someone to post lies.  Conversely, he could tell someone to delete it.  He did not.  So he effectively approved these Tweets exposing his law client.

As you can see, this case has new Cyber Bullying on the Internet (see Twitter posts

**March-April 2022 by:     MRJONES09492156**

an account linked to basically 2 people: Rudy Giuliani, his staff, and then Rand Paul.  Congressman Rand Paul is not part of my life, at all, but Rudy Giuliani is the person who has been telling me since 2019 not to tell the FBI and the government what I witnessed him and his team doing for President Trump.

Despite my name being sealed, Mr. Giuliani exposed Jane Does name as [my real first and last name] and Jane Doe's mothers name as being [her real first name, maiden name, married name] as he wrote to a 79-year-old religious mother, and all her friends, that her daughter is a "crazy", an "escort," and a "ho", despite the fact that Mr. Giuliani introduced me to his children, had his family meet my parents many times.

I want the government able to see with their own eyes Mr. Giuliani intimidating a witness.  Deleting his Tweets may be counter-productive, until the government sees them.  This is a slow process, and I myself do not want all of this more public than it already is, until I first make more progress as a whistleblower.

If you read Twitter posts March-April 2022 by MRJONES09492156, it was obviously put up there by my own lawyer.  My life and career are effectively ruined, since people Google dates and job candidates, potential hires, dates, and tenants. punitive damages

Thank you for keeping the Court, while imperfect, better than Courts in all the other countries.  Still, America can do better.  We can't let the Court be an enabler for abusive men.  I ask the Court to make a bold statement in defense of human rights.

Thank you,
*Noelle Dunphy*
Jane Doe in  15 CV 7726 (SN) Assault and Domestic Violence Case