UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

STEVEN KOGUT,

                              Plaintiff,                      16-CV-07816 (SN)

              -against-                      **ORDER**

JANE DOE,

                              Defendant.

-----------------------------------------------------------------X
-----------------------------------------------------------------X

JANE DOE,

                              Plaintiff,                      15-CV-07726 (SN)

              -against-                      **ORDER**

STEVEN KOGUT,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On May 26, 2022, the Court entered a decision in Kogut v. Doe, et al., No. 1:16-cv-07816-SN, denying Defendant Jane Doe's request to seal these cases. ECF No. 11. To the extent Jane Doe is seeking any further relief, that request is denied. Both cases, 1:15-cv-07726-SN and 1:16-cv-07816-SN, are closed and the Court will no longer monitor the docket.

**SO ORDERED.**

                                                                        SARAH NETBURN
                                                                        United States Magistrate Judge

DATED:     June 1, 2022
                New York, New York

cc:       Jane Doe *(by Chambers)*